# UNITED STATES DISTRICT COURT

**Southern District of California**

Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101–8900
Phone: (619) 557–5600
Fax: (619) 702–9900

W. Samuel Hamrick, Jr.,
Clerk of Court

June 4, 2010

Clerk, U.S. District Court
District of Central District of California, Eastern Division
3470 Twelfth Street, Room 134
Riverside, CA 92501

Re: Donnie Ray McKinley v. Larry Small, Case No. 3:10–cv–01104–W –POR

Dear Sir or Madam:

Pursuant to Order transferring the above–entitled action to your District, we are electronically transmitting herewith our entire original file.

        Sincerely yours,

        W. Samuel Hamrick, Jr.,
        Clerk of the Court

        By: s/ C. Puttmann, Deputy Clerk

Copy to Attorney for Plaintiffs:
Copy to Attorney for Defendants: